Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:01CR115-001/RV

CHRISTOPHER JOHN CIOCHO

On May 16, 2002, the above named was sentenced to probation for a period of five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Christopher John Ciocho be discharged from probation.

Respectfully submitted,

*Donna D. Easterling*
Donna D. Easterling
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this __23__ day of __June__, 2005.

*Roger Vinson*
Roger Vinson
Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

05 JUN 23 PM 2: 42

FILED